1  Kevin J Stoops (State Bar No. 332200)
   kstoops@sommerspc.com
2  SOMMERS SCHWARTZ, P.C.
   One Towne Square Suite 1700
3  Southfield, MI 48076
   Telephone: (248) 355-0300
4  Facsimile: (248) 746-4001

5  Jack L. Siegel (*pro hac vice)
   jack@siegellawgroup.biz
6  Stacy W. Thomsen (State Bar No. 274282)
   stacy@siegellawgroup.biz
7  SIEGEL LAW GROUP, PLLC
   4925 Greenville Avenue, Suite 600
8  Dallas, Texas 75206
   Telephone: (214) 790-4454
9
   *Attorneys for Plaintiff and Opt-in Plaintiffs*
10

11              **UNITED STATES DISTRICT COURT**

12        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13  **SEJUN PARK**, individually and          Case No: 2:20-cv-08901-MWF-AGR
    on behalf of all other similarly situated,
14
                    Plaintiff,
15  v.                                         **NOTICE OF SETTLEMENT**

16  **UNUM GROUP CORPORATION**, a
    Delaware corporation; **UNUM LIFE
17  INSURANCE COMPANY OF AMERICA**, a
    Maine corporation,
18

19                    Defendants.

20

21

22

23

24

25

26

27

28

1    The parties have reached an agreement on a settlement of this matter, and are in the process of

2  finalizing the settlement agreement.  The parties anticipate filing a stipulated order of dismissal on or

3  before January 12, 2024.

4

5                                                          Respectfully submitted,

6                                                          SOMMERS SCHWARTZ, P.C.

7  Dated: December 19, 2023                    By:    /s/ Kevin J Stoops
                                                                Kevin J Stoops, Esq.
8
                                                          Kevin J Stoops (State Bar No. 332200)
9                                                         kstoops@sommespc.com
                                                          SOMMERS SCHWARTZ, P.C.
10                                                        One Towne Square Suite 1700
                                                          Southfield, MI 48076
11                                                        Telephone: (248) 355-0300
                                                          Facsimile: (248)746-4001
12
                                                          Jack L. Siegel (*pro hac vice)
13                                                        jack@siegellawgroup.biz
                                                          Stacy W. Thomsen (State Bar No. 274282)
14                                                        stacy@siegellawgroup.biz
                                                          SIEGEL LAW GROUP, PLLC
15                                                        4925 Greenville Avenue, Suite 600
                                                          Dallas, Texas 75206
16                                                        Telephone: (214) 790-4454

17                                                        *Attorneys for Plaintiff and Opt-in Plaintiffs*

18

19                                                        /s/ Chris A. Jalian w/consent
                                                          CHRIS A. JALIAN (SB# 295564)
20                                                        chrisjalian@paulhastings.com
                                                          DEEPIKA R. DAGGUBATI (SB# 317107)
21                                                        deepikadaggubati@paulhastings.com
                                                          PAUL HASTINGS LLP
22                                                        515 South Flower Street
                                                          Twenty-Fifth Floor
23                                                        Los Angeles, California  90071-2228
                                                          Telephone:  1(213) 683-6000
24                                                        Facsimile:  1(213) 627-0705

25
                                                          *Attorneys for Defendants*
26                                                        UNUM GROUP CORPORATION and UNUM
                                                          LIFE INSURANCE COMPANY OF AMERICA
27

28

1

**<u>ATTESTATION RE ELECTRONIC SIGNATURES</u>**

2

      I, Kevin J. Stoops, attest that all other signatories to this document, on whose behalf this filing

3

is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of

4

perjury under the laws of the United States of America that the foregoing is true and correct.

5

6

Dated: December 19, 2023          By:   Kevin J. Stoops
                                      Kevin J. Stoops

7

                                      Attorney for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28