UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEJUN PARK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM GROUP CORPORATION, a Delaware corporation; UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation,<br><br>　　　　Defendants. | CASE NO. 2:20-CV-08901-WLH-AGR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL [81]** |

Pursuant to the Stipulation of the Parties, the case is dismissed in its entirety with prejudice as to the claims asserted by the Named Plaintiff and eighteen (18) opt-in Plaintiffs, and without prejudice as to any and all claims asserted on behalf of the putative class/collective members. The Order to Show Cause re Dismissal scheduled for February 23, 2024 is vacated. IT IS SO ORDERED. The clerk is directed to close this case.

Dated: February 21, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE